BEFORE THE SECOND DIVISION, MAY 16, 1940

No. 43724.—Protests 679163–G, etc., of Benj. McCabe & Bro. et al. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of cocoa fiber mats similar to those passed upon in *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529(a) was therefore sustained.